No. 93–5209. CUSTIS *v.* UNITED STATES. C. A. 4th Cir. Motion of petitioner for leave to proceed *in forma pauperis* granted. Certiorari granted limited to Question 1 presented by the petition.

No. 92–1938. PAPAS ET AL. *v.* ZOECON CORP. C. A. 11th Cir. Certiorari denied.

No. 92–1970. REM *v.* UNITED STATES. C. A. 7th Cir. Certiorari denied.

No. 92–1995. ADVANCE CHEMICAL CO. ET AL. *v.* UNITED STATES. C. A. 10th Cir. Certiorari denied.

No. 92–8405. TAYLOR *v.* FLORIDA. Dist. Ct. App. Fla., 3d Dist. Certiorari denied.

No. 92–8562. MCGOWEN *v.* TEXAS. Ct. Crim. App. Tex. Certiorari denied.

No. 92–8996. BROKAW *v.* UNITED STATES. C. A. 8th Cir. Certiorari denied.

No. 92–9012. BOLDUC *v.* UNITED STATES. C. A. 7th Cir. Certiorari denied.

No. 92–9054. POWELL *v.* COLLINS, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION. C. A. 5th Cir. Certiorari denied.

No. 92–9182. MCMULLEN *v.* UNITED STATES. C. A. 2d Cir. Certiorari denied.

No. 93–14. GUERRA *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 93–50. BISHOP *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 93–60. DYE ET AL. *v.* ESPY, SECRETARY OF AGRICULTURE, ET AL. C. A. 8th Cir. Certiorari denied.